UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 01 2021

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>SAMUEL UCHENNA ANIUKWU,<br>    also known as "Uchenna Samuel<br>    Aniukwu" and "Sammy Maxwell";<br>ANTHONY EMEKA IBEKIE,<br>    also known as "Emeka Toni Ibe,"<br>    "Toni Ibe Emeka," and "Emenike<br>    Tonero"; and<br>JENNIFER GOSHA | No. 20 CR 352<br><br>Violations: Title 18, United States<br>Code, Sections 1001(a)(2), 1014,<br>1341, 1343, 1543, 1957, and 2<br><br>**SUPERSEDING INDICTMENT**<br><br>JUDGE NORGLE<br>**MAGISTRATE** JUDGE FINNEGAN |

### COUNT ONE

The SPECIAL JANUARY 2020 GRAND JURY charges:

***Relevant Individuals and Entities***

1.     At times material to this indictment:

      a.     Globayo LLC ("GLOBAYO") was a limited liability corporation registered with the Illinois Secretary of State ("ILSOS") on or about June 1, 2017, with an address of record at 3258 West 85th Place, Chicago, Illinois;

      b.     Emperorchills Inc. ("EMPERORCHILLS") was a corporation registered with the ILSOS on or about June 16, 2017, with an address of record at the 5206 Lincoln Avenue, Lisle, Illinois (the "Lincoln Premises");

      c.     Mekas Construction Inc. ("MEKAS") was a corporation registered with the ILSOS on or about July 12, 2017, with an address of record at the Lincoln Premises;

    d.    Samtoni Medical Equipment Inc. ("SAMTONI") was a corporation registered with the ILSOS on or about November 1, 2017, with an address of record at the Lincoln Premises;

    e.    Innocord Inc. ("INNOCORD") was a corporation registered with the ILSOS on or about November 27, 2017, with an address of record at 1042 Maple Avenue, Lisle, Illinois;

    f.    Green House for Food Industry Inc. ("GREEN HOUSE") was a corporation registered with the ILSOS on or about December 14, 2017, with an address of record at Unit 4 of the Lincoln Premises;

    g.    Hall & Hall Global Inc. ("HALL & HALL") was a corporation registered with the ILSOS on or about April 13, 2018, with an address of record at Unit 1A of the Lincoln Premises;

    h.    Godmeks Inc. ("GODMEKS") was a corporation registered with the ILSOS on or about April 13, 2018, with an address of record at Unit 1A of the Lincoln Premises;

    i.    Samcord Inc. ("SAMCORD") was a corporation registered with the ILSOS on or about June 5, 2018, with an address of record at 4935 Washington Boulevard, Unit 2, Chicago, Illinois;

    j.    Esijemine Lucky Nengite Inc. ("ESIJEMINE") was a corporation registered with the ILSOS on or about July 9, 2018, with an address of record at the Lincoln Premises;

k.     Samchina Trucking Inc. ("SAMCHINA") was a corporation registered with the ILSOS on or about July 9, 2018, with an address of record at the Lincoln Premises;

l.     Jenant Inc. ("JENANT") was a corporation registered with the ILSOS on or about December 4, 2018, with an address of record at 1419 North Harlem Avenue, Apartment B, Oak Park, Illinois 60302 (the "Harlem Premises");

m.     Setraco Services Inc. ("SETRACO") was a corporation registered with the ILSOS on or about March 4, 2019, with an address of record at Unit 5 of the Lincoln Premises;

n.     Berger Services Inc. ("BERGER") was a corporation registered with the ILSOS on or about April 2, 2019, with an address of record at Unit 4 of the Lincoln Premises;

o.     Emetech Solutions Inc. ("EMETECH") was a corporation registered with the ILSOS on or about March 6, 2020, with an address of record at 2726 Alyssa Drive, Naperville, Illinois;

p.     SAMUEL UCHENNA ANIUKWU, also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell" ("ANIUKWU") resided in Lisle, Naperville, and Romeoville, Illinois, and was listed with the ILSOS as the registered agent, incorporator, and/or director for MEKAS, EMPERORCHILLS, SAMTONI, INNOCORD, GREEN HOUSE, HALL & HALL, GODMEKS, SAMCHINA, and SETRACO;

3

q.     ANTHONY EMEKA IBEKIE, also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero" ("IBEKIE") resided in Lisle, Naperville, and Oswego, Illinois, and was listed with the ILSOS as the registered agent, incorporator, and/or director for MEKAS, EMPERORCHILLS, SAMCORD, ESIJEMINE, and EMETECH; and

r.     JENNIFER GOSHA ("GOSHA") resided in Oak Park, Illinois, and was listed with the ILSOS as the registered agent and incorporator for JENANT.

### *The Fraudulent Scheme*

2.     Beginning no later than in or around 2017, and continuing until on or about June 18, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero," and

JENNIFER GOSHA,

defendants herein, and others known and unknown, knowingly devised, intended to devise, and participated in a scheme to defraud individuals and organizations, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

3.     It was part of the scheme that ANIUKWU, IBEKIE, and other co-schemers lied and caused others to lie to victim individuals in the United States in

order to obtain money from the victims, including by participating in an inheritance scam, described in further detail below.

4.      It was further part of the scheme that ANIUKWU, IBEKIE, GOSHA, and other co-schemers registered fictitious business entities with the ILSOS, and opened accounts at federally-insured banks in the names of those fictitious business entities for the purpose of receiving money that ANIUKWU, IBEKIE, and other co-schemers caused inheritance-scam and other internet-scam victims to transfer.

### The Inheritance Scam

5.      It was further part of the scheme that ANIUKWU, IBEKIE, and other co-schemers mailed inheritance-scam letters to potential victims in the United States, purporting to be employees of Bank A and Bank B. Each letter informed the victim that a putative deceased relative of the victim had died without a will, leaving behind a bank account with a multimillion-dollar balance. The letter directed the victim to contact an email address—which, unbeknownst to the victim, was actually controlled by co-schemers—to indicate the victim's readiness to proceed with claiming the fictitious inheritance. Once a victim made contact with the email address, ANIUKWU, IBEKIE, and other co-schemers communicated with the victim via email and other means, posing as employees of Bank A and Bank B.

6.      It was further part of the scheme that co-schemers communicated with the victim via email and other means, directing the victim to contact the email address for "Pierre Delouis," a putative attorney with the alleged Canadian law firm Hall & Hall Chamber. Posing as Delouis, a co-schemer communicated with the victim

via email about executing an agreement and paying certain fees to retain the services of Delouis, so that Delouis could represent the victim in laying claim to the fictitious inheritance. Co-schemers communicated with the victim via email and other means, instructing the victim to send the retainer fees for Delouis by check mailed to a fictitious business entity at a co-schemer's residential address, and by wire transfer to a bank account in the name of a fictitious business entity controlled by ANIUKWU, IBEKIE, GOSHA, and other co-schemers.

7.    It was further part of the scheme that, after a victim paid Delouis's retainer fee, co-schemers continued communicating with the victim via email and other means, claiming that additional fees were required to obtain the fictitious inheritance. In some cases, victims paid these additional fees, which co-schemers directed the victims to send by check mailed to a fictitious business entity at a co-schemer's residential address, and by wire transfer to a bank account in the name of a fictitious business entity controlled by ANIUKWU, IBEKIE, and other co-schemers.

8.    Relying upon the false, fictitious, and fraudulent representations of ANIUKWU, IBEKIE, and other co-schemers, and believing them to be true, Victim Individual R.U., Victim Individual D.P., Victim Individual R.A., Victim Individual C.L., Victim Individual G.F., and Victim Individual D.H., among others, collectively paid hundreds of thousands of dollars via wire transfer and cashier's check to fictitious business entities controlled by ANIUKWU, IBEKIE, GOSHA, and other co-schemers.

### The Bank Accounts

9.      It was part of the scheme that ANIUKWU, IBEKIE, GOSHA, and others registered and incorporated fictitious business entities with the ILSOS, including GLOBAYO, MEKAS, EMPERORCHILLS, SAMTONI, INNOCORD, GREEN HOUSE, HALL & HALL, GODMEKS, SAMCORD, ESIJEMINE, SAMCHINA, JENANT, SETRACO, BERGER, EMETECH, and others. It was further part of the scheme that ANIUKWU, IBEKIE, GOSHA, and others opened bank accounts at federally-insured banks in the names of those business entities to receive money from inheritance-scam and other internet-scam victims.

10.      It was further part of the scheme that ANIUKWU, IBEKIE, and others obtained fraudulent passports for the purpose of opening bank accounts to receive money from inheritance-scam and other internet-scam victims, and to conduct transactions with money received from inheritance-scam and other internet-scam victims.

11.      It was further part of the scheme that ANIUKWU, IBEKIE, and GOSHA provided false information to banks to open and maintain their bank accounts.

12.      It was further part of the scheme that ANIUKWU, IBEKIE, and others caused, and attempted to cause, inheritance-scam and other internet-scam victims to deposit their money into bank accounts in the name of GLOBAYO, MEKAS, EMPERORCHILLS, SAMTONI, INNOCORD, GREEN HOUSE, HALL & HALL, GODMEKS, SAMCORD, ESIJEMINE, SAMCHINA, JENANT, SETRACO,

BERGER, EMETECH, and others, through the use of false, fictitious, and fraudulent pretenses.

13.    It was further part of the scheme that ANIUKWU, IBEKIE, GOSHA, and others misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

### *Execution of Scheme*

14.    On or about March 8, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell," and

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendants herein, for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an approximately $6,405 wire transfer from Victim Individual C.L. to a TCF Bank account opened in the name of JENANT in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT TWO

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     On or about March 14, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell," and

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendants herein, for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an approximately $22,962.75 wire transfer from Victim Individual C.L. to a TCF Bank account opened in the name of SETRACO in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

9

## COUNT THREE

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     On or about March 27, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell," and

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendants herein, for the purpose of executing the scheme, did knowingly cause to be delivered by the United States Postal Service a parcel containing a cashier's check for approximately $80,000 made payable to SETRACO from Victim Individual C.L., which parcel was delivered to the Lincoln Premises, in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT FOUR

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1. The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2. On or about March 27, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero," and

JENNIFER GOSHA,

defendants herein, for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, the deposit of a cashier's check for approximately $97,500 made payable to JENANT from Victim Individual C.L., which check was deposited into a TCF Bank account opened in the name of JENANT in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FIVE

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     On or about September 4, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

### SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell," and

### ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendants herein, for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an approximately $7,680 wire transfer from Victim Individual G.F. to a BMO Harris Bank account opened in the name of BERGER in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SIX

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     On or about June 2, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendant herein, for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an approximately $6,400 wire transfer from Victim Individual D.H. to a Chase Bank account opened in the name of EMETECH in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT SEVEN**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.      The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.      At all times material to this indictment, United Parcel Service ("UPS") was a commercial interstate carrier within the meaning of Title 18, United States Code, Section 1341.

3.      On or about June 12, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY EMEKA IBEKIE

also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero," defendant herein, for the purpose of executing the scheme, did knowingly cause to be delivered by UPS a package containing a cashier's check for approximately $20,925 made payable to GLOBAYO from Victim Individual D.H., which package was delivered to the Harlem Premises, in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT EIGHT

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     On or about June 18, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

**SAMUEL UCHENNA ANIUKWU**
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

**ANTHONY EMEKA IBEKIE**
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero," and

**JENNIFER GOSHA,**

defendants herein, for the purpose of executing the scheme, did knowingly attempt to cause to be delivered by the United States Postal Service an Express Mail parcel containing a cashier's check for approximately $1,100 made payable to GLOBAYO from an individual who, unbeknownst to ANIUKWU, IBEKIE, and GOSHA, was an undercover agent working with law enforcement, which package was delivered to the Harlem Premises, in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT NINE

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about March 29, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

**SAMUEL UCHENNA ANIUKWU**
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell," and

**ANTHONY EMEKA IBEKIE**
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendants herein, knowingly engaged in a monetary transaction in and affecting interstate and foreign commerce, within the United States of America, in criminally derived property that was of a value greater than $10,000 and which was derived from specified unlawful activity, namely, mail fraud in violation of Title 18, United States Code, Section 1341, as charged in Count Three, in that defendants ANIUKWU and IBEKIE transferred and caused to be transferred funds in the amount of approximately $25,000 by wire transfer from a TCF Bank account opened in the name of SETRACO in the Northern District of Illinois to an Access Bank account opened in the name of IBEKIE in Nigeria;

In violation of Title 18, United States Code, Sections 1957(a) and 2.

## COUNT TEN

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about October 2, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU

also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

defendant herein, knowingly engaged in a monetary transaction in and affecting interstate commerce, within the United States of America, in criminally derived property that was of a value greater than $10,000 and which was derived from specified unlawful activity, namely, mail fraud in violation of Title 18, United States Code, Section 1341, as charged in Count Three, in that defendant ANIUKWU transferred and caused to be transferred approximately $47,427.50 by cashing a U.S. Bank cashier's check made payable to SETRACO at PLS Financial Services in Aurora, Illinois;

In violation of Title 18, United States Code, Section 1957(a).

**COUNT ELEVEN**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about June 6, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendant herein, knowingly caused a false statement to be made to TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of TCF Bank upon a bank account application, more specifically, IBEKIE knowingly caused false statements to be made on a bank account application for Samcord Inc., which application falsely stated that defendant's name was "Toni Ibe Emeka," and his date of birth was November 11, 1975, when, in fact, defendant knew that such statements were false;

In violation of Title 18, United States Code, Section 1014.

## **COUNT TWELVE**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about June 6, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendant herein, willfully and knowingly used a false, forged, and counterfeited passport purporting to be a passport from Nigeria in the name of "Toni Ibe Emeka";

In violation of Title 18, United States Code, Section 1543.

## **COUNT THIRTEEN**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about June 15, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendant herein, knowingly caused a false statement to be made to Bank of America, a financial institution insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of Bank of America upon a bank account application, more specifically, IBEKIE knowingly caused a false statement to be made on a bank account application submitted to Bank of America for Samcord Inc., which application falsely stated that defendant's name was "Toni Ibe Emeka," when, in fact, defendant knew that such statement was false;

In violation of Title 18, United States Code, Section 1014.

## COUNT FOURTEEN

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about June 15, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero,"

defendant herein, willfully and knowingly used a false, forged, and counterfeited passport purporting to be a passport from Nigeria in the name of "Toni Ibe Emeka";

In violation of Title 18, United States Code, Section 1543.

## **COUNT FIFTEEN**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about March 5, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

defendant herein, knowingly caused a false statement to be made to TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of TCF Bank upon a bank account application, more specifically, ANIUKWU knowingly caused false statements to be made on a bank account application submitted to TCF Bank for Setraco Services Inc., which application falsely stated that defendant's name was "Sammy Maxwell," his date of birth was April 3, 1975, and his Social Security Number was XXX-XX-8956, when, in fact, defendant knew that such statements were false;

In violation of Title 18, United States Code, Section 1014.

## COUNT SIXTEEN

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about March 11, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ANTHONY EMEKA IBEKIE
also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero," and

### JENNIFER GOSHA,

defendants herein, knowingly made a false statement to TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of TCF Bank upon a bank account application, more specifically, IBEKIE and GOSHA knowingly caused false statements to be made on an application to add IBEKIE as a joint owner of a bank account submitted to TCF Bank for Jenant Inc., which application falsely stated that IBEKIE's name was "Emenike Tonero," when, in fact, defendants knew that such statement was false;

In violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT SEVENTEEN

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about October 2, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL UCHENNA ANIUKWU
also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell,"

defendant herein, willfully and knowingly used a false, forged, and counterfeited passport purporting to be a passport from Nigeria in the name of "Sammy Maxwell";

In violation of Title 18, United States Code, Section 1543.

24

## **COUNT EIGHTEEN**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

1.     The allegations in paragraphs 1 through 13 of Count One of this indictment are incorporated here.

2.     Prior to on or about July 16, 2020, agents assigned to the Department of Homeland Security, Homeland Security Investigations ("HSI") located at Oakbrook Terrace, in the Northern District of Illinois, and agents assigned to the Internal Revenue Service – Criminal Investigations ("IRS-CI") located in Schiller Park, in the Northern District of Illinois, had initiated an investigation of ANIUKWU, IBEKIE, and GOSHA, among others, concerning potential violations of federal criminal law.

3.     One issue material to the investigation was GOSHA's knowledge about any packages delivered to the Harlem Premises at the direction of IBEKIE, including an Express Mail package delivered to the Harlem Premises on or about June 18, 2020.

4.     On or about July 16, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER GOSHA,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of HSI, an agency within the executive branch of the United States government, and IRS-CI, an agency within the executive branch of the United States government, when GOSHA was interviewed by HSI and IRS-CI agents and stated, in substance, that

she did not know anything about the Express Mail package delivered to the Harlem Premises on or about June 18, 2020;

In violation of Title 18, United States Code, Section 1001(a)(2).

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2020 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Sections 1341 and 1343, as set forth in this Indictment, defendants ANIUKWU, IBEKIE, and GOSHA shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of at least $1,608,733.88.

3.      If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY