UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL UCHENNA ANIUKWU,<br>    also known as "Uchenna Samuel<br>    Aniukwu" and "Sammy Maxwell";<br>ANTHONY EMEKA IBEKIE,<br>    also known as "Emeka Toni Ibe,"<br>    "Toni Ibe Emeka," and "Emenike<br>    Tonero"; and<br>JENNIFER GOSHA | No. 20 CR 352<br><br>Judge Steven C. Seeger |

## **JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants, SAMUEL UCHENNA ANIUKWU, through Arthur Engelland, ANTHONY EMEKA IBEKIE, through Paul Camarena, and JENNIFER GOSHA, through Patrick Boyle, respectfully submit this status report regarding the above-captioned matter:

### *Relevant Procedural History*

1. On or about July 10, 2020, defendants ANIUKWU, IBEKIE, and GOSHA were charged by criminal complaint with one count of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1349. (*See* Dkt. 1.) They were arrested on the charges in the criminal complaint on or about July 16, 2020.

2. On or about October 15, 2020, a federal grand jury returned a sixteen-count indictment charging defendants ANIUKWU, IBEKIE, and GOSHA with mail

and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, as well as making false statements to a bank, in violation of Title 18, United States Code, Section 1014. The indictment also charged defendants ANIUKWU and IBEKIE with passport fraud, in violation of Title 18, United States Code, Section 1543. Lastly, the indictment charged defendant GOSHA with making a materially false statement to federal agents, in violation of Title 18, United States Code, Section 1001. (Dkt. 56.)

3. On or about July 1, 2021, a federal grand jury returned an eighteen-count superseding indictment charging defendants ANIUKWU, IBEKIE, and GOSHA with mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, as well as making false statements to a bank, in violation of Title 18, United States Code, Section 1014. The superseding indictment also charges defendants ANIUKWU and IBEKIE with money laundering, in violation of Title 18, United States Code, Sections 1957(a) and 2, and passport fraud, in violation of Title 18, United States Code, Section 1543. Lastly, the superseding indictment charges defendant GOSHA with making a materially false statement to federal agents, in violation of Title 18, United States Code, Section 1001. (Dkt. 118.)

4. Defendants ANIUKWU and IBEKIE are currently detained pending trial, and defendant GOSHA is under pretrial supervision. (Dkt. 16, 28, 40.)

5. Defendants IBEKIE and GOSHA are separately charged with marriage-fraud conspiracy in *United States v. Anthony Ibekie, et al.*, No. 21 CR 409, which is pending before the Hon. Edmond E. Chang.

### *Status of Discovery*

6. On or about October 30, 2020, the Court (the Hon. Charles R. Norgle) issued a protective order governing discovery in this matter. (*See* Dkt. 70.)

7. The government has tendered substantial pretrial discovery to defense counsel, consisting of law-enforcement reports, bank records and other financial information, grand jury transcripts, victim affidavits, audio-video recordings and digital media, and search-warrant evidence, among other materials, totaling several gigabytes of data and tens of thousands of pages. With its various productions, the government has enclosed detailed indices of the tendered materials, identifying with specificity which documents and records were subject to the Court's protective order.

8. At this time, the government does not anticipate any further discovery productions—other than Jencks Act and *Giglio* materials, if any, for witnesses that will be called at trial—which the government committed to providing to all defense counsel no later than one week prior to trial, with no objections from counsel to date.

### *Prior Motion Practice Before Judge Norgle*

9. On or about January 13, 2021, defendant IBEKIE filed a motion to re-open hearing for pretrial release. (Dkt. 80.) Following lengthy briefing by both parties (*see* Dkt. 86, 110, 111), the Court denied defendant IBEKIE's motion on June 9, 2021 (Dkt. 117.)

10. On or about August 16, 2021, defendant IBEKIE filed motions to issue letters rogatory to the Nigeria Police Force and to Access Bank Nigeria, PLC. (Dkt.

128, 129.) The Court denied defendant IBEKIE's motions on November 29, 2021. (Dkt. 137.)

11. On or about January 10, 2022, defendant IBEKIE filed a *pro se* motion for the appointment of new counsel (Dkt. 149), which the Court granted on January 19, 2022 (Dkt. 153), leading to the appointment of defendant IBEKIE's current counsel of record. The government has produced all discovery materials listed above to defendant IBEKIE's current counsel. Defendant IBEKIE has had a total of four counsel of record in this matter, including Gerald Collins, Stephen Richards, Joshua Richards, and now, Paul Camarena.

12. During a status hearing on August 25, 2022, the Court—at the parties' joint request—set September 30, 2022 as the final deadline for filing any pretrial motions. (Dkt. 173.) No pretrial motions were filed.

### *Status of Plea Negotiations*

13. The government has engaged in preliminary plea discussions with counsel for all defendants, which are at various stages. At this juncture, it is unclear whether defendant ANIUKWU is likely to plead guilty or proceed to trial. Based on ongoing discussions with defendant GOSHA's counsel, the parties expect that the charges against her are likely to be resolved short of trial, though no final decision has been made to date. Defendant IBEKIE expects to proceed to trial.

### *Expected Length of Trial*

14. The government anticipates that presentation of its case-in-chief during any trial in this matter will take approximately two to three weeks. Defendants do

not have an estimated length for any defense case(s) but expect that they will be able to provide that information to the Court at the next status hearing date.

15. As noted above, defendant IBEKIE expects to proceed to trial, and his counsel expects to be ready for trial in this matter by Spring 2023. The government's undersigned counsel is currently scheduled for a lengthy wire-fraud trial before Judge Durkin, in *United States v. Rishi Shah, et al.*, No. 19 CR 864, which is scheduled to begin on January 23, 2023, and expected to take approximately 14 weeks. To that end, the government anticipates that it can be ready for trial in this matter by Summer 2023.

### *Request for Further Status Hearing*

16. The parties mutually agree that continuing the case for approximately 60 days, for a status hearing in or around December 2022, is appropriate. At that status hearing, the parties expect that they will be prepared to request: (1) a change-of-plea date for any defendant who expects to resolve the case short of trial; (2) a trial date for any remaining defendants; and (3) a briefing schedule for the government's *Santiago* proffer, motions *in limine*, and other pretrial filings. Given the change in presiding judges in this case, the parties respectfully request that the status hearing be conducted in person, with each defendant ordered to be present.

17. The government moves to exclude time until the next status hearing set by the Court, in the interests of justice, given the complexity of the case, and to allow the parties to continue their plea negotiations. Defendants ANIUKWU, IBEKIE, and GOSHA do not object to the exclusion of time.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

Dated: October 14, 2022

By: /s/ *Saurish Appleby-Bhattacharjee*
SAURISH APPLEBY-BHATTACHARJEE
PAIGE A. NUTINI
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 697-4071

By: /s/ *via 10.14.2022 phone authorization*
Arthur Engelland, Esq.
Counsel for Defendant
SAMUEL UCHENNA ANIUKWU

By: /s/ *via 10.13.2022 email authorization*
Paul Camarena, Esq.
Counsel for Defendant
ANTHONY EMEKA IBEKIE

By: /s/ *via 10.13.2022 email authorization*
Patrick Boyle, Esq.
Counsel for Defendant
JENNIFER GOSHA