IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 20CR352-1 |
| | ) | |
| SAMUEL UCHENNA ANIUKWU, et al., | ) | |
| Defendants. | ) | |

## ATTORNEY'S STATEMENT

*NOW COMES, ARTHUR E. ENGELLAND*, and makes the following statements:

1. Attorney, Arthur E. Engelland has been out of the City and State of Illinois from the 20th December 2022 and returns to the City on January 17, 2023 at night.

2. Attorney, Arthur E. Engelland has been practicing in the Federal Court of Northern District of Illinois since 1955.

3. He was unaware of some of the Court Orders during the time that he was out of the City.

4. Motion was prepared and filed to withdraw from Mr. Aniukwu's matter on December 28, 2022.

5. Plea agreement with the Government was presented to the client many months ago, in person.

6. Differences came up between the client and his attorney and good faith representation on his behalf has become in question.

7. Client has been informed that the difference that has arisen between him and his counsel

will put his counsel in a position to withdraw.

8. The Government was notified about my absence from the State of Illinois via email.

Respectfully submitted,

/s/ Arthur E. Engelland
Attorney for Samuel Uchenna Aniukwu

Arthur E. Engelland
Attorney at Law
19 S. LaSalle Street, Suite 507
Chicago, Illinois 60603
(312) 345-7500

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 20CR352-1 |
| | ) | |
| | ) | |
| SAMUEL UCHENNA ANIUKWU, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Plaintiff's Counsel           Samuel Uchenna Aniukwu Booking Number 2020-195187
    Saurich Appleby-Bhattacharjee   Winnebago County Jail
    219 S. Dearborn, 5th Fl         650 W. State
    Chicago, IL 60604               Rockford, IL 61102

PLEASE TAKE NOTICE that on January 11, 2023, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached Attorney's Statement. A copy is hereby served upon you.

/s/ Arthur E. Engelland
Attorney for Samuel Uchenna Aniukwu

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to section 109 of the Code of Civil Procedure, that he/she served the above upon those to whom they are directed by hand delivery to Plaintiff's Counsel and via first class mail to Samuel Uchenna Aniukwu on January 11, 2023 at Winnebago County Jail, 650 W. State, Rockford, IL 61102.

/s/Drake S. Palmer II

Arthur E. Engelland
19 S. LaSalle Street, Suite 507
Chicago, Illinois 60603
arthurengelland@aol.com