UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL UCHENNA ANIUKWU,<br>    also known as "Uchenna Samuel Aniukwu" and "Sammy Maxwell";<br>ANTHONY EMEKA IBEKIE,<br>    also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero"; and<br>JENNIFER GOSHA | No. 20 CR 352<br><br>Judge Steven C. Seeger |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, through Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and defendants, SAMUEL UCHENNA ANIUKWU, through Michael Rediger, ANTHONY EMEKA IBEKIE, through Kent Carlson, and JENNIFER GOSHA, through Patrick Boyle, respectfully submit this status report regarding the above-captioned matter:

1.    With respect to defendant Aniukwu, on February 14, 2023, Mr. Rediger entered his appearance as new counsel. The government subsequently provided discovery to Mr. Rediger and the parties have engaged in plea discussions, which remain ongoing. The parties anticipate that this matter will be resolved short of trial and anticipate being in a position to reach out to the Court's courtroom deputy in the next 30 days to set a change of plea hearing. The parties request that the Court set the next status hearing deadline in approximately 30 to 45 days.

2. With respect to defendant Gosha, the parties are engaged in ongoing plea discussions. The parties anticipate this matter will be resolved short of trial and that Gosha's plea agreement will be a global resolution of this matter and 21 CR 409 before Judge Chang. The parties need additional time to finalize their plea negotiations and request that the Court set the next status hearing deadline in approximately 30 to 45 days.

3. With respect to defendant Ibekie, on March 29, 2023, Mr. Carlson entered his appearance as new counsel. Mr. Carlson received discovery directly from former counsel Paul Camarena. Out of an abundance of caution, the government is also re-producing non-media related discovery directly to Mr. Carlson. The parties have had several preliminary discussions regarding the matter. Defense counsel has informed the government that he needs additional time to review discovery and get up to speed on the matter before the parties can engage in further substantive discussions. Defense counsel requests that a status hearing date be set in the next 60 days to give him time to review discovery and determine whether any pretrial motions should be filed.

4. The government moves to exclude time until the next status hearing set by the Court, in the interests of justice, given the complexity of the case, and to allow the parties to continue their plea negotiations. Defendants ANIUKWU, IBEKIE, and GOSHA do not object to the exclusion of time.

Respectfully submitted,

									MORRIS PASQUAL
									Acting United States Attorney

						By:		/s/ *Paige A. Nutini*
									SAURISH APPLEBY-BHATTACHARJEE
									PAIGE A. NUTINI
									Assistant U.S. Attorneys
									219 South Dearborn St., Rm. 500
									Chicago, Illinois 60604
Dated: April 14, 2023			(312) 697-4071