UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

UNITED STATES OF AMERICA
                  Plaintiff,

v.                                                Case No.: 1:20–cr–00352
                                                  Honorable Steven C. Seeger

Samuel Uchenna Aniukwu, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Samuel Uchenna Aniukwu: The motions to seal (Dckt. Nos. [228], [230]) are hereby granted. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.