**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                          Case No.: 1:20−cr−00352
                                          Honorable Steven C. Seeger

Samuel Uchenna Aniukwu, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Anthony Emeka Ibekie and Jennifer Gosha: At the request of the parties, the jury trial previously set for June 10, 2024 is stricken and reset for June 17, 2024 at 9:00 a.m. The pretrial conference is set for May 31, 2024 at 1:00 p.m. Order to follow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.