UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ANTHONY EMEKA IBEKIE,<br>    also known as "Emeka Toni Ibe,"<br>    "Toni Ibe Emeka," and "Emenike<br>    Tonero"; and<br><br>JENNIFER GOSHA | No. 20 CR 352 - (2), (3)<br><br>Honorable Steven C. Seeger<br>United States District Judge |

## ORDER

The Court previously scheduled the trial date in this matter for June 10, 2024. (ECF No. 241.) Upon agreement of the parties, and for good cause shown, the Court resets the trial date for June 17, 2024. The Court sets the following deadlines for pretrial notices, motions, trial-related filings, and reschedules the trial date for June 17, 2024 as follows:

1. The parties shall make any disclosures of expert testimony pursuant to Federal Rule of Criminal Procedure 16(G) no later than February 12, 2024. Further, notice of any defenses covered by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 shall be provided no later than February 12, 2024.

2. The government's *Santiago* proffer, any motions to suppress evidence, any motions to exclude or limit expert testimony, and any motions to exclude or limit defenses under Federal Rule of Criminal Procedure 12.1, 12.2, or 12.3 shall be filed by March 11, 2024. Any opposition briefs shall be filed no later than April 15, 2024. Any reply briefs shall be filed no later than May 6, 2024.

3. The parties must exchange witness and exhibit lists by April 12, 2024. The parties must meet and confer about any objections.

4.      The parties must file witness and exhibit lists on the docket by May 10, 2024. The parties must file any objections to the witness and exhibit lists by May 10, 2024.

5.      The parties shall file jointly proposed jury instructions, disputed jury instructions (if any), a joint statement of the case, proposed *voir dire* questions, a list of names of witnesses and other individuals who might come up at trial (for purpose of screening during jury selection), and any motions *in limine* no later than May 10, 2024.

6.      Any oppositions to motions *in limine* shall be filed no later than May 20, 2024. Any reply briefs shall be filed no later than May 24, 2024.

7.      The final pretrial conference shall be scheduled for May 31, 2024, at 1:00 p.m., in Courtroom 2319. If necessary, a hearing on any motions to suppress, motions to exclude or limit expert testimony, or motions to exclude or limit defenses under Federal Rule of Criminal Procedure 12.1, 12.2, or 12.3 will be scheduled by separate order of the Court.

8.      The trial date is rescheduled to June 17, 2024, at 9:00 a.m., in Courtroom 2319. Without objection, time is excluded in the interest of justice to and including the trial date pursuant to 18 U.S.C. § 3161(h)(7)(A).

Date:   October 26, 2023

                                         Steven C. Seeger
                                         United States District Judge