UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER GOSHA | No. 20 CR 352-3<br><br>Judge Steven C. Seeger |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, through Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and defendant, JENNIFER GOSHA, through Patrick Boyle, respectfully submit this status report:

1. The government has tendered a draft plea agreement to defendant GOSHA. The parties request that the Court set a status hearing on or before December 15, 2023. By this date, the parties anticipate either proceeding with a change of plea hearing or advising the Court that GOSHA will be proceeding to trial.

2. Per the Court's October 26, 2023 Scheduling Order (Dkt. 243), time is excluded in the interest of justice with respect to defendant GOSHA through and including the June 17, 2024 trial date.

    Respectfully submitted,

    MORRIS PASQUAL
    United States Attorney

By:   /s/ *Paige A. Nutini*
    SAURISH APPLEBY-BHATTACHARJEE
    PAIGE A. NUTINI
    Assistant U.S. Attorneys
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
Dated: November 15, 2023   (312) 697-4071