# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 20 CR 352-1 |
| ) | |
| ) | Honorable Steven Seager |
| SAM ANIUKWA ) | |
| Defendant ) | |

## AGREED MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant, Sam Aniukwa, by and through his attorney, Michael E. Rediger, and hereby moves this Honorable Court to Modify the Conditions of his Release. In support thereof, the Defendant states as follows:

1. On July 28, 2023, the Defendant, having pled guilty, was released from custody, by agreement of the Government, under special conditions of bond.

2. Since that time, Defendant has been in compliance with all the conditions of his release.

3. Mr. Aniukwa now seeks the removal of his location monitoring device so that he may make better efforts in securing employment.

4. Pre-trial Services Officer, Mr. James Wheatley, and the Government do NOT have an objection to this request.

5. Given Defendant's excellent conduct while out of custody and the limited nature of the request and its intention to help the Defendant get employment, Mr. Aniukwa is requesting the location monitoring device be removed.

6. As such, Mr. Aniukwa, requests that his conditions of release be modified to allow for his movement without a location monitoring device.

WHEREFORE, Defendant, Sam Aniukwa, asks this Honorable Court to Modify his Condition of Release so that his location monitoring device be removed.

                                       Respectfully Submitted,
                                       S;/ Michael E. Rediger
                                       _____
                                         Michael E. Rediger

ARDC #6225900
MICHAEL E. REDIGER
THE REDIGER LAW FIRM
161 NORTH CLARK, SUITE 2550
CHICAGO, IL 60601
(312) 644-0939
mrediger@redatlaw.com