UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY IBEKIE, also known as "Emeka Toni Ibe," "Toni Ibe Emeka," and "Emenike Tonero"; and<br><br>JENNIFER GOSHA | No. 20 CR 352<br><br>Judge Steven C. Seeger |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States of America, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court for a four-day extension of time to file its *Santiago* proffer. In support of this motion, the government states as follows:

This case is set for a jury trial on June 17, 2024. The government's deadline to file its *Santiago* proffer is March 11, 2024. Dkt. 243. The government is diligently working on its proffer, but the undersigned is scheduled to be out of the office the week of March 4, 2024. Accordingly, the government requests a brief four-day extension of time, or until March 15, 2024, to file its *Santiago* proffer.

The government has conferred with defense counsel on the motion, none of whom object to the requested extension.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:    */s/ Paige A. Nutini*
        PAIGE A. NUTINI
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, IL 60604
        (312) 353-5300

DATED: February 29, 2024