**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                            Case No.: 1:20−cr−00352
                                                                        Honorable Steven C. Seeger

Samuel Uchenna Aniukwu, et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

      MINUTE entry before the Honorable Steven C. Seeger as to Samuel Uchenna Aniukwu: Status hearing held on April 10, 2024. The Court will set a sentencing hearing date after the co−defendant's trial, which begins on June 17, 2024. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.